IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
FILED
JUN 19 2012
IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: _____ DJackson
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 4:11CR00250 |
| | ) | |
| V. | ) | 8 U.S.C. § 1324 |
| | ) | 18 U.S.C. § 3013 |
| | ) | 18 U.S.C. § 3571 |
| Jose Ruben VALERIO-Saldana | ) | |

## SUPERSEDING INFORMATION

That beginning on or about an unknown date, and continuing through on or about October 21, 2011, in the Eastern District of Arkansas, the defendant,

**Jose Ruben VALERIO-Saldana**

and others, aiding and abetting one another, knowingly and in reckless disregard of the fact that aliens came to, entered and remained in the United States in violation of law, concealed, harbored and shielded from detection and attempted to conceal, harbor and shield from detection such aliens in any place, including any building or any means of transportation, all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

Pursuant to Title 18, United States Code, Section 982(a)(6), upon conviction of the offense set forth in the Superseding Information, the defendant,

**Jose Ruben VALERIO-Saldana**

shall forfeit to the United States of America any property, real or personal, that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense of which the defendant is convicted, and any property, real or personal, used to facilitate or intended to be used to facilitate the commission of the offense of which the defendant

is convicted. The property to be forfeited includes, but is not limited to, the following:

a) 1.131 acres located on Case Ford Road, Heber Springs, AR 72543

b) $681.00 in U.S. Currency seized from El Tres Amigos in Heber Springs

c) $1,999.00 in U.S. Currency seized from El Tres Amigos in Batesville

d) $6,767.00 in U.S. Currency seized from El Tres Amigos in Rose Bud

e) $4,009.15 in U.S. Currency seized from Jose R. Valerio-Saldana

f) $125.00 U.S. Currency seized from Ford F-350

g) $6,891.37 seized from First Security Bank for bank account of El Tres Amigos

h) $5,122.55 seized from First Security Bank for bank account of El Tres Amigos

i) $11,320.20 seized from Bank of America for bank account of El Tres Amigos

j) $930.00 seized from Bank of America for bank account of El Tres Amigos

k) $2,619.92 seized from Heber Springs State Bank for bank account of El Tres Amigos

l) One 2007 FORD F-350 VIN# 1FTWW33P77EB03903

m) One 2003 H2 HUMMER VIN# 5GRGN23U33H131308

n) One Sony Laptop Computer serial # 275278373026590

o) One Sony Laptop Computer serial # 275288898008688

p) One Apple IPhone serial # 841131BAA4T

q) One Apple Laptop serial # W8030CVHAGU w/ powercords

r) Two Seagate Hard Drives

s) Three Thumb Drives

t) Three Memory Cards

CHRISTOPHER R. THYER
UNITED STATES ATTORNEY

_____
JOHN RAY WHITE
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, Arkansas   72203